```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

G.R. Technology, Inc.

    v.                                         Case Nos. 07-cv-421-PB
                                                    08-cv-68-PB

Brown, Olson & Gould, P.C., et al.


**O R D E R**

**Re: Status Reports filed Pursuant to April 13, 2009 Order**

**Ruling:** The trial shall be continued until October 2010. No further continuances will be granted absent good cause shown. All discovery deadlines shall remain in place. The court urges the plaintiff to make the Vermont court aware of this court's view that it would serve the interests of judicial economy if the Vermont actions could be resolved before the trial in this case occurs.

                                                 /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

Date: May 4, 2009

cc:  Barney Brannen, Esq.
     Lisa Chalidze, Esq.
     Potter Stewart, Jr., Esq.
     William Saturley, Esq.